**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jeannie Largent COSBY, Defendant—
Appellant.**

No. 09–7814.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 3, 2010.

Decided: June 2, 2010.

Jeannie Largent Cosby, Appellant Pro Se. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeannie Largent Cosby appeals the district court's order denying her motion for sentence reduction under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Cosby*, No. 1:07–cr–00033–MR–3 (W.D.N.C. July 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*